Limited, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of the New York Electric Lines Company against the Empire City Subway Company, Limited. J. A. Hodge, for appellant. E. L. Mooney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of the New York Electric Lines Co. v. Ellison, 115 App. Div. 254, 101 N. Y. Supp. 55, affirmed 188 N. Y. 523, 81 N. E. 447. Order filed.

NEW YORK, N. H. & H. R. CO., Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the New York, New Haven & Hartford Railroad Company against the City of Mt. Vernon. No opinion. Judgment affirmed, with costs. See, also, 134 App. Div. 984, 119 N. Y. Supp. 1137.

NEW YORK, O. & W. RY. CO. v. CRAWFORD et al. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Appeal from Judgment on Report of Referee. Action by the New York, Ontario & Western Railway Company against Malcom S. Crawford and others. Judgment for defendants, and plaintiff appeals. Reversed, and new trial granted. Samuel H. Fancher (Charles L. Andrus, of counsel), for appellant. Arthur G. Patterson, for respondents James A. Crawford and others. J. I. Goodrich, for respondents M. S. and Mary Crawford.

PER CURIAM. The depot and the fence standing for many years on the east opposite it fairly locate the plaintiff's right of way. The premises sought to be acquired are described as contiguous and adjacent to said railroad, and it is difficult to see how it can be determined that they are not contiguous and adjacent. This part of the description necessarily controls the location. A reasonable effort to acquire the property failed. The judgment is therefore reversed upon the law and the facts, the referee discharged, and a new trial granted, with costs to the appellant to abide the event. All concur.

SEWELL, J., not sitting.

NEW YORK TELEPHONE CO., Respondent, v. HART, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by the New York Telephone Company against Thomas Hart. No opinion. Judgment of the Municipal Court affirmed, with costs.

NOLAN, Respondent, v. BRAND, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Richard Nolan against William Brand. No opinion. Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, for the reason that the plaintiff did not offer any proof of his observance of due care.

NOLAN, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Mary Nolan against the Prudential Insurance Company of America. No opinion. Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. For former opinion, see 139 App. Div. 166, 123 N. Y. Supp. 688.

NORRIS v. REYNOLDS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William Norris against William H. Reynolds. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed. See, also, 131 App. Div. 818, 116 N. Y. Supp. 106.

NORTON, Respondent, v. LANCASTER, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Franklin C. Norton against Fred J. Lancaster. No opinion. Judgment and order affirmed, with costs.

NOTARPOLO, Appellant, v. PALERMO, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Maria Notarpolo against Antonio Palermo. No opinion. Order affirmed, with $10 costs and disbursements.

O'BRIEN v. REICHARDT. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Special Term, New York County. Action by Anne O'Brien against Louis Reichardt. From an order denying a motion to dismiss the complaint, defendant appeals. Reversed, and motion granted. L. Cohn, for appellant. B. Jaffe, for respondent.

PER CURIAM. The alleged excuse presented by the plaintiff was entirely insufficient, and the court was not justified in refusing to grant the motion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

O'GORMAN, Respondent, v. TIERNAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by James R. O'Gorman against John Tiernan.

PER CURIAM. Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that the court erred in charging the jury that, if the jury found a verdict for the plaintiff, it should be in the sum of $50.

O'HARA et al., Respondents, v. MAHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Elizabeth H. O'Hara and others against Thomas J. Maher and another.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents upon the ground that there was no verdict as required by the statute sufficient to justify the entry of the judgment.